UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED 7-31-00

DOCKETED AUG 0 4 2000

MILTON I. SHADUR, JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.

DONALD R. BELTRAME,
d/b/a "Suburban Sporting Goods"

No. 99 CR 610
Hon. Milton I. Shadur

## VERDICT

We, the jury, find defendant DONALD R. BELTRAME NOT GUILTY as charged in the Indictment.

_Melanie Hall_
FOREPERSON

_Hala A Qato_

_Stella Tanyavutti_

_James L. Welch_

_[signature]_

_Michael Wills_

_Candace K. Sweeney_

_Russell M. Carpenter_

_Deborah Walker_

_Sandra Sakis_

_Annette French_

_Mark R. Lofecki_

07-31-00
(Date)