AO 245A (7/87) Judgment of Acquittal

# United States District Court

___Northern___ DISTRICT OF ___Illinois___

UNITED STATES OF AMERICA

v.

DONALD BELTRAME

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 99 CR 610-1

*DOCKETED AUG 0 4 2000*

*DOCKETED AUG 0 2 2000*

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Milton I. Shadur, Senior U.S. District Judge
**Name and Title of Judicial Officer**

August 1, 2000 (verdict returned July 31, 2000)
**Date**

50